**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JORY JOHN CORPORATION; AND AIG,

Appellants,

vs.

DALLAS SOLOMON,

Respondent.

No. 68367

FILED

SEP 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1] NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. Susan Scann, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Dallas Solomon
Eighth District Court Clerk

---

[1]By this order, we express no opinion regarding the terms of the parties' settlement agreement and this order shall not be construed as approval of those terms.

15-27092